UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-24354-Civ-COOKE/GOODMAN

CHARLTON G. LIPA,

      Plaintiff,

vs.

JOSE VILLANUEVA and SAN
VILLA SHIP MANAGEMENT CO.,

      Defendants.

_____/

## ORDER DISMISSING CASE

THIS MATTER is before me upon a *sua sponte* review of the record. On October 22, 2018, Plaintiff filed a Complaint in this case (ECF No. 1). However, Plaintiff failed to effectuate service on either of the Defendants within the timeframe prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. Pursuant to that Rule, if a plaintiff fails to serve a defendant within 90 days of filing a complaint, the Court may *sua sponte* dismiss the action without prejudice against that defendant. Therefore, on April 1, 2019, I ordered Plaintiff to show cause no later than April 8, 2019, why this case should not be dismissed without prejudice (ECF No. 6). That deadline has passed, and Plaintiff still has not effectuated service on Defendants or responded to the Order to Show Cause.

Accordingly, it is **ORDERED and ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 17th day of April 2019.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*